# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-04275 MMM (JCGx) | Date | June 3, 2011 |
|---|---|---|---|

| Title | *Frederick Dooman v. United Air Lines, Inc., et. al* |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **Order Remanding Action for Lack of Diversity Jurisdiction**

On February 25, 2011, plaintiff Frederick Dooman commenced this action in Los Angeles Superior Court. On May 18, 2011, defendant United Airlines, Inc. timely removed the case to federal court invoking the court's diversity jurisdiction. On May 26, 2011, the court issued an order to show cause why this action should not be remanded for lack of diversity jurisdiction. In particular, the court noted that defendant had failed to prove by a preponderance of the evidence that the amount in controversy exceeded $75,000.

On May 2, 2011, defendant responded to the court's order to show cause, acknowledging that it did not, at this stage in the litigation, possess sufficient evidence to establish by a preponderance of the evidence that the amount in controversy exceeded the jurisdictional minimum. Defendant noted that it understood that the court would remand the action, but that United might remove the case at a later date once it possessed sufficient evidence to meet its burden on removal.

In light of defendant's pleading, and for the reasons stated in the court's previous order to show cause, the court directs the clerk to remand this action to Los Angeles Superior Court forthwith.